UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No. 19-5016 (TJB) |
| v. | : | |
| SEBASTIEN ATTAR | : | CRIMINAL COMPLAINT |

I, ~~Rachel Kolvek~~ Stephen Jamison, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

Stephen J. Jamison, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
January 24, 2019, at ~~Trenton~~ Monmouth County, New Jersey

Honorable Tonianne J. Bongiovanni
United States Magistrate Judge          Signature of Judicial Officer

RECEIVED
JAN 24 2019
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

ATTACHMENT A

Count I
Sexual Exploitation of Children

On or about April 22, 2015, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

SEBASTIEN ATTAR,

did knowingly employ, use, persuade, induce, entice, and coerce Victim 1, a prepubescent male, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer,

In violation of Title 18, United States Code, Sections 2251(a) and 2.

<u>Count II</u>
Sexual Exploitation of Children

On or about March 15, 2015, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

SEBASTIEN ATTAR,

did knowingly employ, use, persuade, induce, entice, and coerce Victim 2, a prepubescent female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer,

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## ATTACHMENT B

I, Stephen J. Jamison, am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about March 6, 2018, in connection with an investigation concerning child pornography, law enforcement officers executed a search warrant at the home of defendant SEBASTIEN ATTAR ("ATTAR"), located in or around Brick, New Jersey. During the search of the residence, law enforcement seized computer equipment belonging to ATTAR.

2. A forensic review of the computer equipment seized from ATTAR's residence revealed multiple images depicting child pornography that appear to have been self-produced by ATTAR, and which appear to depict ATTAR engaging in sexually explicit conduct with Victim 1 and Victim 2. Victim 1 and Victim 2 are, respectively, ATTAR's prepubescent relatives. Two of the images recovered from ATTAR's computer equipment are described below. Based on the forensic review of the computer equipment, there is probable cause to believe that ATTAR produced these images on or about April 22, 2015 and March 15, 2015, respectively.

| 20150422_175915.jpg | This image appears to depict ATTAR sitting on a bed with Victim 1, who appears to be less than 6 months old, lying on ATTAR's lap. Victim 1 is wearing a white shirt, and a pacifier strap is hanging over Victim 1's left shoulder. With his left hand, ATTAR appears to be holding his erect penis while it is inserted in Victim 1's open mouth. In the image, ATTAR is wearing a silver and black wedding ring on his left hand, which the investigation revealed is ATTAR's ring. A relative of Victim 1 (i) identified ATTAR as the individual engaged in sexually explicit conduct with Victim 1, (ii) confirmed to law enforcement that Victim 1 is the prepubescent minor depicted in the photograph, and (iii) confirmed that the image appears to have been taken in the bedroom of ATTAR's former residence in or around Jackson, New Jersey. |
|---|---|

| | |
|---|---|
| 20150315_155822.jpg | This image appears to depict Victim 2 while sitting in a walker. Victim 2 appears in the image to be less than one year old, and is looking up at the camera. Victim 2 is wearing a leopard-print outfit and a bib. Victim 2 is holding an erect penis in her right hand. A relative of Victim 2 confirmed to law enforcement that Victim 2 is the prepubescent minor depicted in the photograph. |

3. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the images described in paragraph 2, above, were produced using materials that were shipped and transported in interstate and foreign commerce, by any means, including by computer, based upon, among other things, my review of law enforcement records and the other physical evidence recovered from ATTAR's home during the execution of the search warrant.

4. Based on my review of the images described in paragraph 2, above, a review of other photographs depicting ATTAR, other evidence obtained during the investigation, and in consultation with other law enforcement officers, there is probable cause to believe that the images described in paragraph 2 depict ATTAR engaging in sexually explicit conduct with Victim 1 and Victim 2, respectively, and that ATTAR produced them.