AO 458 (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE IN A CRIMINAL CASE |
|---|---|
| v. | |
| SEBASTIEN ATTAR<br>Defendant. | Case No. 19-5016 (TJB) |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: _____SEBASTIEN ATTAR_____
                                                  Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

Court(s) _NJ, NJ FED DIST CT. & 3RD CIR. G APPEALS_   Year(s) of Admission _38_

Date _1/25/2019_   Signature of Attorney _[signature]_

David Jay Glassman
Print Name

_FIVE GREENTREE CENTER_
Address

_MARLTON NJ 08053_
City, State, Zip Code

Email Address

_856.596.8778_
Phone Number

Fax Number

RECEIVED
JAN 25 2019
AT 8:30_____M
WILLIAM T. WALSH
CLERK