# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **January 25, 2019**
**MAGISTRATE JUDGE: BONGIOVANNI**  DATE OF PROCEEDINGS
**ESR: Mark J. Morelli**

**TITLE OF CASE**:   MJ-19-5016 (TJB)

UNITED STATES OF AMERICA,
    V.
SEBASTIEN ATTAR

**APPEARANCES:**

James Brendan Day, AUSA for Government
David Jay Glassman, Esq., for Defendant
Lura Jenkins, Pretrial Services

**NATURE OF PROCEEDING:**   INITIAL APPEARANCE

Initial appearance held.
Defendant advised of his rights, charges and penalties.
Counsel waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
All parties consent to detention.
Order of Detention to be entered.
Ordered defendant remanded to the custody of the US Marshals.

TIME COMMENCED:   2:25pm
TIME ADJOURNED:   2:40pm           s/ Mark Morelli
TOTAL TIME: 15 MINUTES             Deputy Clerk